*AO 440 (Rev. 12/09) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF FLORIDA

*United States of America*
*c/o NEWMAN & MARQUEZ, P.A.*                    *Case Number:*    **12-cv-22797-Cooke/Turnoff**
*1533 Sunset Drive #225*
*Coral Gables, FL 33143-5700*

*vs.*

*ALEX DUMERVIL*
*801 NE 179TH TER*
*MIAMI, FL 33162*

### SUMMONS IN A CIVIL ACTION

*TO: (Name and Address of Defendant)*

    *ALEX DUMERVIL*
    *801 NE 179TH TER*
    *MIAMI, FL 33162*

    *A lawsuit has been filed against you.*

    *Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:*

*PLAINTIFF'S ATTORNEY (Name and Address)*

    *Newman & Marquez. P.A.*
    *JENNIFER MARGOLIS MARQUEZ*
    *1533 Sunset Drive #225*
    *Coral Gables, FL 33143-5700*

    *If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.*

*Date:* ___7/31/2012___



**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court